# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:24-HC-2059-D

LAWRENCE V. WILDER, SR.,           )
                                   )
                                   )
            Petitioner,            )
                                   )
        v.                         )           **ORDER**
                                   )
ADMINISTRATOR EVERS, et al.,       )
                                   )
            Respondents.           )


On March 15, 2024, Lawrence V. Wilder, Sr., ("Wilder" or "petitioner") a pretrial detainee proceeding pro se, filed a nonsensical petition primarily seeking the dismissal of pending criminal charges in New Hanover County [D.E. 1]. On October 17, 2024, the court dismissed the petition and the clerk entered judgment. See [D.E. 4, 5]. Wilder has filed a motion for reconsideration and other relief, including a request to dismiss state court criminal charges "because of 4/20/2026 Adolph Hitler birthday[.]" See [D.E. 7].

To the extent Wilder seeks reconsideration, the court has considered the motion under the governing standard. See Fed. R. Civ. P. 60(b); Justus v. Clarke, 78 F.4th 97, 105–06 (4th Cir. 2023); Aikens v. Ingram, 652 F.3d 496, 500–01 & n.3 (4th Cir. 2011) (en banc); Robinson v. Wix Filtration Corp., 599 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd v. Gray, 1 F.3d 262, 264 (4th Cir. 1993).[1] The motion fails to meet Rule 60(b)'s threshold requirements. Wilder's additional requests are frivolous and baseless. Accordingly, the court denies the motion.

---

[1] To the extent Wilder cites Fed. R. Civ. P. 59, see [D.E. 10] 1, the motion is untimely. "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the

In sum, the court DENIES petitioner's motion [D.E. 7], and DIRECTS the clerk not to accept any further filings in this case other than a notice of appeal.

SO ORDERED. This 11 day of January, 2026.

JAMES C. DEVER III
United States District Judge

---

judgment." Fed. R. Civ. P. 59(e); see Aikens, 652 F.3d at 501. Thus, June 30, 2023, was Wilder's deadline to file a motion under Rule 59(e). See, e.g., Fed. R. Civ. P. 6(a) (explaining computation of time); Bolden v. McCabe, Weisberg & Conway, LLC, No. DKC 13-1265, 2014 WL 994066, at *1 n.1 (D. Md. Mar. 13, 2014) (unpublished), aff'd, 584 F. App'x 68 (4th Cir. 2014) (per curiam) (unpublished). Wilder signed his motion on April 5, 2024. See [D.E. 10] 2. The court cannot extend the time for filing the motion. See Fed. R. Civ. P. 6(b)(2); Panhorst v. United States, 241 F.3d 367, 370 (4th Cir. 2001).